Vincent Renda, Esq. (SBN 213985)
Jonathan J. Choi, Esq. (SBN 325454)
PINNACLE LEGAL P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121-2973
Office: (858) 868-5000
Fax: (866) 303-8383

Attorneys for Defendant Tsunami VR, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED HUSSAINI, and VPN.COM, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TSUNAMI VR, INC.<br><br>Defendant. | Case No.: 3:21-cv-00667-H-BLM<br><br>JOINT STIPULATION TO DISMISS DEFENDANT TSUNAMI VR, INC.'S MOTION TO SET ASIDE DEFAULT<br><br>District Judge:   Hon. Marilyn L. Huff<br>Magistrate Judge:  Hon Barbara Lynn Major |

This joint stipulation ("Stipulation") is made among Plaintiffs, Syed Hussaini and VPN.com, LLC ("Plaintiffs") and Defendant, Tsunami VR, Inc. ("Defendant") by and through their respective Counsel, based on the following:

**RECITALS**

1. On April 15, 2021, Plaintiffs initiated a lawsuit against Defendant Tsunami VR, Inc. by filing a complaint in the United States District Court, Southern District of California ("Complaint") for breach of a written contract to purchase the <University.com> domain name and breach of a promissory note.

2. On August 19, 2021, Defendant filed a Motion to Set Aside the Default entered against Defendant in Plaintiffs' favor on July 16, 2021.

3. On September 1, 2021, the parties filed a joint motion to extend Defendant's

time to respond to the complaint to September 16, 2021.

4. On September 2, 2021, the Court granted the joint motion and continued the hearing for Defendant's Motion to Set Aside Default, originally set for September 20, 2021, to October 4, 2021, at 10:30 AM.

5. On September 16, 2021, Defendant filed and served its Answer to the Complaint.

## STIPULATION

NOW THEREFORE, Plaintiffs' and Defendant, hereby agree and stipulate that, subject to District Court approval:

1. The Defendant is not default.

2. The Motion to Set Aside Default (Doc. No. 13) is moot, and shall be dismissed and the corresponding October 4, 2021 hearing on Defendant's motion to set aside the default shall be removed from the Court's hearing calendar.

**SO STIPULATED.**

|  | Respectfully submitted, |
|---|---|
| Dated: September 30, 2021 | PINNACLE LEGAL P.C. |
|  | By: s/ Vincent Renda<br>Vincent Renda, Esq.<br>Attorneys for Defendant |
| Dated: September 30, 2021 | LEWIS & LIN, LLC |
|  | By: s/ Brett Evan Lewis<br>Brett Evan Lewis, Esq.<br>Attorney for Plaintiffs |