UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED HUSSAINI, and VPN.COM, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TSUNAMI VR, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:21-cv-00667-H-BLM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>[Doc. No. 30.] |

　　　　On December 2, 2021, Plaintiffs Syed Hussaini and VPN.com, LLC filed a motion requesting leave to file an amended complaint. (Doc. No. 30.)  Plaintiffs have not previously amended their initial complaint in this action.  On December 28, 2021, Defendant Tsunami VR, Inc. filed a non-opposition to Plaintiffs' motion. (Doc. No. 33.) The Court, pursuant to its discretion under Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing scheduled for January 10, 2022.

　　　　Federal Rule of Civil Procedure 15(a) allows a party leave to amend its pleading once as a matter of right prior to service of a responsive pleading.  Thereafter, a party may amend its pleading only by leave of the court or by written consent of the adverse party and leave shall be freely given when justice so requires.  Fed. R. Civ. P. 15(a)(2).  The

Ninth Circuit has instructed that this policy is "to be applied with extreme liberality." Owens v. Kaiser Found. Health Plan, Inc., 244 F.3d 708, 712 (9th Cir. 2001). "Five factors are taken into account to assess the propriety of a motion for leave to amend: bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint." Johnson v. Buckley, 356 F.3d 1067, 1077 (9th Cir. 2004) (citing Nunes v. Ashcroft, 348 F.3d 815, 818 (9th Cir. 2003)). The decision whether to grant leave to amend "is entrusted to the sound discretion of the trial court." Pisciotta v. Teledyne Indus., Inc., 91 F.3d 1326, 1331 (9th Cir. 1996).

The Court holds that the instant circumstances favor granting Plaintiffs leave to file their amended complaint. Plaintiffs filed their motion less than three months after Defendant filed its answer to the initial Complaint. (See Doc. No. 17.) There is no evidence that Plaintiffs unduly delayed seeking leave to file their proposed amended complaint. There is also no evidence before the Court indicating that their request is made in bad faith, would result in any prejudice, or would be futile. Defendant does not oppose Plaintiffs' motion. (Doc. No. 33.) Accordingly, the Court, in its discretion, grants Plaintiffs' motion for leave to file their proposed amended complaint for good cause shown and in accordance with the policy that courts should freely give leave as justice requires. Fed. R. Civ. P. 15(a)(2); see also Owens, 244 F.3d at 712. Plaintiffs must file their amended complaint within 14 days from the date of this Order.

**IT IS SO ORDERED.**

DATED: January 3, 2022

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT